UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES AMBROSIA WILLIAMS, | ) | Case No. EDCV 15-1059 VAP(JC) |
| | ) | |
| Petitioner, | ) | (~~PROPOSED~~) |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| J. SOTO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: _July 21, 2015

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE